UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>MARKELL JACKSON,<br><br>           Defendant. | Case No. CR24-164-JNW<br><br>DETENTION ORDER |

Defendant Markell Jackson is charged with one count of conspiracy to distribute controlled substances, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 846; one count of conspiracy to commit money laundering, 18 U.S.C. § 1956(h); two counts of distribution of a controlled substance, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 18 U.S.C. § 2; one count of distribution of a controlled substance, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 18 U.S.C. § 2; and a forfeiture allegation. The Court held a detention hearing on October 7, 2024, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.     The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as Mr. Jackson is charged with an offense with a maximum sentence

DETENTION ORDER - 1

of life and an offense with a maximum term of ten years or more under the CSA.

2. There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community pursuant to 18 U.S.C. § 3142(e).

3. Taken as a whole, the record does effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Jackson as required and the safety of the community. Mr. Jackson has strong community ties and minimal criminal history.

4. Mr. Jackson poses a risk of nonappearance due to allegations by the government that Mr. Jackson evaded arrest when he learned of arrests in other jurisdictions and allegations that he attempted to destroy evidence contained in a storage facility. Mr. Jackson poses a risk of danger due to the nature of the offense charged, allegations related to distribution of Fentanyl on tribal lands causing four deaths. The weight of the evidence is strong as Mr. Jackson is alleged to be heard conducting drug transactions on a wiretap, alleged to have distributed drugs to an undercover agent, and subpoenaed evidence from his iCloud account.

5. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Jackson's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Jackson shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent

    practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Jackson shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Jackson is confined shall deliver Mr. Jackson to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Jackson, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 7th day of October, 2024.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3