UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIS JACKSON, et al.,<br><br>Defendants. | CASE NO. 2:24-cr-00164-JNW<br><br>ORDER |

Defendant Markell Jackson's motion for entry of a pretrial scheduling order comes before the Court. Dkt. No. 834. The Government opposes certain proposed deadlines, arguing they have no basis in law, and asks the Court to order the parties to confer on a proposed scheduling order. Dkt. No. 847 at 3–7. Jackson neither explained the legal basis for the disputed deadlines in his motion nor did he file a reply addressing the Government's objections. The Court agrees that an updated scheduling order is necessary but finds that it would be beneficial for the parties to meet and confer on proposed deadlines first.

Accordingly, the Court DENIES the motion for entry of a pretrial scheduling order with leave to renew. Dkt. No. 834. The parties must meet and confer

**ORDER** - 1

regarding proposed deadlines. Defendant Markell Jackson may then renew his motion, or file a stipulated motion for entry of a scheduling order, no later than March 27, 2026.

Dated this 26th day of February, 2026.

Jamal N. Whitehead
United States District Judge

**ORDER** - 2